No. 92–6380. HOLLINGSWORTH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–6395. BARRERA-DIAZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6396. SIMMONS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–6408. CHATMAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–6413. SWINNEY ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–6414. BURLEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6416. MARTIN *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 92–6418. RODRIGUEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6435. LIND *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 91–1930. VASQUEZ, WARDEN, ET AL. *v.* THOMPSON. C. A. 9th Cir. Motion of Criminal Justice Legal Foundation for leave to file a brief as *amicus curiae* granted. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.